UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**RACHEL MOORE**
    Plaintiff,
v.

**OLLIE'S BARGAIN OUTLET, INC.,**
    Defendant.

Case No. 1:23-cv-1764-CLM

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS IN PART AND DENIES IN PART** Ollie's' motion to dismiss. (Doc. 7). The court dismisses Counts 1 and 2 without prejudice and dismisses Count 3 with prejudice. Moore must amend her complaint by **August 28, 2024.** Failure to file an amended complaint by this deadline, or the failure to re-plead Moore's claims in compliance with the rules discussed above, will result in dismissal of this action.

The court **DIRECTS** the Clerk of Court to terminate the fictitious defendants from this case.

**DONE** and **ORDERED** on August 13, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE